<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

Southern _____ District of **New York** _____
(State)

Case number (*If known*): _____ Chapter **11** ___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | BPB Drugs, Inc. d/b/a Gallery Drug |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 13 - 1981631 |

4. **Debtor's address**

| Principal place of business | | | | Mailing address, if different from principal place of business |
|---|---|---|---|---|
| 131 E. 60th Street | | | | |
| Number        Street | | | | Number        Street |
| | | | | P.O. Box |
| New York | NY | 10022 | | |
| City | State | ZIP Code | | City        State        ZIP Code |
| | | | | **Location of principal assets, if different from principal place of business** |
| New York | | | | |
| County | | | | Number        Street |
| | | | | City        State        ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | https://www.gallerydrugrx.com/ |

| Debtor | BPB Drugs, Inc. d/b/a Gallery Drug | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

Pharmacy

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor     BPB Drugs, Inc. d/b/a Gallery Drug                    Case number (if known)_____
           Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY
        District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                          MM / DD / YYYY
        Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number       Street

_____

City _____    State ZIP Code _____

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name     _____

Phone           _____

---

**Statistical and administrative information**

---

| Debtor | BPB Drugs, Inc. d/b/a Gallery Drug | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 8 / 2022
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title _____

JOHNNY D LEE
Printed name

---

Debtor    BPB Drugs, Inc. d/b/a Gallery Drug                    Case number (if known)_____
_____Name_____

**18. Signature of attorney**    ✘ _____    Date    _____
Signature of attorney for debtor                            MM    / DD / YYYY

Randolph E. White
_____
Printed name
White & Wolnerman, PLLC
_____
Firm name
950 Third Avenue, 11th Floor
_____
Number        Street
New York                                    NY        10022
_____
City                                        State        ZIP Code

(212) 308-0604                              rwhite@wwlawgroup.com
_____
Contact phone                              Email address

1973056                                     NY
_____
Bar number                                  State

## RESOLUTION

The undersigned, being the management and shareholders (the "Authorizing Parties") of BPB Drugs, Inc. d/b/a Gallery Drug, a New York limited liability company (the "Company"), waives the notice, calling and holding of a meeting of shareholders/directors, and in lieu of such a meeting, in accordance with the laws of the State of New York, does hereby consent to, adopt, authorize and approve the following resolutions and the actions specified therein:

**WHEREAS**, the Authorizing Parties have considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Authorizing Parties have reviewed and considered the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapters 7 and 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the advice of the Company's professionals and advisors, the Authorizing Parties have determined in their business judgment that it is in the best interest of the Company, its creditors, member and other interested parties and stakeholders that a voluntary petition (the "Bankruptcy Petition") be filed by the Company under Subchapter V of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York or such other jurisdiction in which the Bankruptcy Petition may be filed; and it is

**FURTHER RESOLVED**, that Authorizing Parties, and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") are, and each hereby is, authorized, empowered and directed to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ counsel and other professionals to assist the Company in filing for relief under Chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 11 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter

11 case, or any further action to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers or the directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned executed and delivered to the Company this Resolution.

_____
Neil Subes
Member/Director

_____
Johnny Lee
Member/Director

Dated: November 7, 2022

<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name    BPB Drugs, Inc. d/b/a Gallery Drug</td></tr>
<tr><td>United States Bankruptcy Court for the:  Southern  District of  New York <br>(State)</td></tr>
<tr><td>Case number (If known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|--|--|--|--|--|--|--|--|
| 1 | Kinray LLC<br>152-35 10th Ave.<br>Whitestone, NY 11357 | | | | $614,954.45 | $0.00 | $614,954.45 |
| 2 | Amerisourcebergen Drug Co.<br>670 Belleville Turnpike<br>Kearny, NY 07032 | | | | $260,000.00 | $0.00 | $206,342.00 |
| 3 | Rolfe Mahler<br>C/O Karen Mahler<br>176 E. 77th St., Apt. 9J<br>New York, NY 10075 | | | | | | $164,200.00 |
| 4 | U.S. Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208 | | | | $150,000.00 | $0.00 | $150,000.00 |
| 5 | Ben Roth<br>C/O Jeffrey Roth<br>143 Weyhill Ct.<br>Alpharetta, GA 30009 | | | | | | $104,000.00 |
| 6 | JPMorgan Chase<br>270 Park Avenue<br>New York, NY 10017 | | | | $400,000.00 | 346,342.00 | $53,658.00 |
| 7 | ERC Specialists<br>560 E. Timpanogos Circle<br>Orem, UT 84097 | | | | | | $22,192.99 |
| 8 | Masters Drug Co.<br>P.O. Box 840713<br>Dallas, TX 84713 | | | | | | $18,813.73 |

Debtor      BPB Drugs, Inc. d/b/a Gallery Drug                    Case number (if known)
              Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Blupax Pharmaceuticals, LLC 160 Raritan Center Pkwy. Edison, NJ 08837 | | | | | | $12,338.50 |
| 10 | 1199 SEIU Benefit and Pension Funds 498 Seventh Ave. New York, NY 10018 | | | | | | $11,524.90 |
| 11 | White & Wolnerman, PPLC 950 Third Ave., 11th Floor New York, NY 10022 | | | | | | $9,900.00 |
| 12 | Trachtenberg & Pauker, LLP 100 Crossways Park West Woodbury, NY 11797 | | | | | | $6,500.00 |
| 13 | Parmed Pahmaceuticals PO Box 90272 Chicago, IL 60696-0272 | | | | | | $5,652.60 |
| 14 | Dal, Inc. PO Box 162 Clifton Heights, PA 19018-0162 | | | | | | $5,132.20 |
| 15 | ConEdison PO Box 1702 New York, NY 10116-1702 | | | | | | $2,977.26 |
| 16 | TDS Operating, Inc 5900 Lake Ellenor Dr. Ste. 600 Orlando, Fl 32809 | | | | | | $1,626.83 |
| 17 | United Healthcare UHS Premium Building PO Box 94107 Palatine, IL 60094-4017 | | | | | | $1,812.52 |
| 18 | Cardinal Healthcare at-Home PO Box 635864 Cincinatti, OH 45263-5864 | | | | | | $1,220.87 |
| 19 | ABM Parking Services 750 Lexington Ave. New York, NY 10022 | | | | | | $1,200.00 |
| 20 | Totes Isotomer P.O. Box 208321 Dallas, TX 75320-8321 | | | | | | $714.60 |

> **Fill in this information to identify the case and this filing:**
>
> Debtor Name __BPB Drugs, Inc. d/b/a Gallery Drug__
>
> United States Bankruptcy Court for the: __Southern__ District of __New York__
> (State)
>
> Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/8/2022
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

NEIL SUBES.
Printed name

PARTNER.
Position or relationship to debtor