| Fill in this information to identify the case: |
| --- |
| Debtor name  **BPB Drugs, Inc. d/b/a Gallery Drug** |
| United States Bankruptcy Court for the: **Southern**   District of **New York** (State) |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .............................................................. $ 404,742.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................ $ 404,742.10

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................. $ 1,424,964.46

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 line 5a of *Schedule E/F* ..................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 line 5b of *Schedule E/F* ............... + $ 372,907.71

4. Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b    $ 1,589,164.46

**Fill in this information to identify the case:**

Debtor name  BPB Drugs, Inc. d/b/a Gallery Drug

United States Bankruptcy Court for the: Southern _____ District of New York
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the Instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. Cash on hand

$ 1,500.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 6332 | $ 27,000.00 |
| 3.2. | Chase | Checking (Payroll) | 1296 | $ 19,200.00 |
| 3.3 | NY Commercial Bank | Checking (Lotto Account) | 3246 | $200.00 |

4. Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. Total of Part 1

$ $47,900.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1 | Brown Harris Stevens - Lease Security Deposit | $ 10,500.00 |
| 7.2 | _____ | $_____ |

Debtor ___BPB Drugs, Inc. d/b/a Gallery Drug_____    Case number (if known)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____
8.2._____    $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.    | $ 10,500.00 |

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

                                                            Current value of debtor's
                                                            interest

11. **Accounts receivable**

11a. 90 days old or less:    40,000.00_____ – _____ = ......➔    $ 40,000.00_____
                           face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    225,000.00_____ – _____ = ......➔    $ 225,000.00_____
                         face amount         doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 265,000.00 |

---

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

                                                 Valuation method       Current value of debtor's
                                                 used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:
14.1._____    _____    $_____
14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
    **including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:
15.1._____    _____%    $_____
15.2._____    _____%    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
    **instruments not included in Part 1**

Describe:
16.1._____    _____    $_____
16.2._____    _____    $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

Debtor  **BPB Drugs, Inc. d/b/a Gallery Drug**                    Case number (if known) _____
_____
Name

---

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | | $_____ |
| 21. **Finished goods, including goods held for resale** Medications/General Pharmacy | 11/13/2022 MM / DD / YYYY | $_____ | Cost | $66,845.85 |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ 12,332.25,332.25 | | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

Type

$ 66,845.85

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ 00.00 |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    BPB Drugs, Inc. d/b/a Gallery Drug
_____
Name

Case number (if known)_____

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

1212,332.25,332.25

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** Shelving/Display Units | $_____ | Liquidation Value | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment, POS Software, Security System | $12,332.25 | Cost | $ 12,332.25 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 12,332.25

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    BPB Drugs, Inc. d/b/a Gallery Drug                                    Case number (if known)_____
          Name

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Air Conditioning | $ 2,164.00 | Cost | $ 2,164.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 2,164.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    BPB Drugs, Inc. d/b/a Gallery Drug    Case number (if known)_____
_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Gallery Drug Name | $_____ | _____ | $ 0.00 |
| 61. **Internet domain names and websites** https://www.gallerydrugrx.com/ | | | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists | $_____ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill** Goodwill | $_____ | | $ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  BPB Drugs, Inc. d/b/a Gallery Drug                          Case number (if known)_____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's Interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜  $ _____
                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Employee Retention Credit _____   Tax year 2022    $ 147,953.00
_____        Tax year _____  $ _____
_____        Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

_____                          $ _____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

_____                          $ _____

Nature of claim        _____
Amount requested       $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $ _____

Nature of claim        _____
Amount requested       $ _____

76. **Trusts, equitable or future interests in property**

_____                          $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                          $ _____
_____                          $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 147,953.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor  BPB Drugs, Inc. d/b/a Gallery Drug
_____
         Name

Case number (if known) _____

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 47,900.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 10,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 265,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 66,845.85 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 000 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 12,332.25 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 2,164.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............................→ | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column.................... 91a. | $ 404,742.10 | + 91b. $ 0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92 ................................................................  $ 404,742.10

**Fill in this information to identify the case:**

Debtor name __BPB Drugs, Inc. d/b/a Gallery Drug__

United States Bankruptcy Court for the: __Southern__   District of __New York__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.1** Creditor's name

**Amerisourcebergen Drug Corp.**

Creditor's mailing address

670 Belleville Turnpike
Kearny, NJ 07032

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien

All assets                               $ 260,000.00        $ 404,742.10

Describe the lien
Second Priority

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
JP Morgan Chase

Creditor's mailing address
270 Park Avenue
New York, NY 10017

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

All inventory, chattel paper, accounts, equipment    $ 400,000.00        $ 346,342.10
and general intangibles

Describe the lien
First Priority

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $_____

Debtor    BPB Drugs, Inc. d/b/a Gallery Drug _____    Case number (if known)_____
          Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  **Creditor's name**

Kinray, LLC _____

**Creditor's mailing address**

152-35 10th Avenue _____
WhiteStone, NY 11357 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets _____    $ 614,964.46    $ 404,742.10

**Describe the lien**

Third Priority _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**  **Creditor's name**

U.S. Small Business Administration _____

**Creditor's mailing address**

P.O. Box 3918 _____
Portland, OR 97208 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets _____    $ 150,000.00    $ 404,742.10

**Describe the lien**

Fourth Priority _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  BPB Drugs, Inc. d/b/a Gallery Drug                    Case number (if known)_____
        Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BPB Drugs, Inc. d/b/a Gallery Drug |
| United States Bankruptcy Court for the: | Southern _____ District of New York |
| | (State) |
| Case number (If known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ | $ _____
_____
_____
_____
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ | $ _____
_____
_____
_____
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ | $ _____
_____
_____
_____
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**3.1** Nonpriority creditor's name and mailing address
ABM Parking Services

750 Lexington Avenue

New York, NY 10022

Date or dates debt was incurred
06/01/2022- 06/30/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,    the claim is: $ 1,200
*Check all that apply*

Total claim

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

○ No

○ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Alpine Health

601 Penhorn Ave, Unit #1,

Secaucus, NJ 07094

Date or dates debt was incurred
09/09/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,    the claim is: $ 155.92
*Check all that apply*

Total claim

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Goods Sold

Is the claim subject to offset?

○ No
Yes

---

**3.3** Nonpriority creditor's name and mailing address
Atlantic Merchandising

P.O. Box#140286

Staten Island, NY 10314

Date or dates debt was incurred
10/04/2022, 10/11/2022, 10/19/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,    the claim is: $ 505.05
*Check all that apply*

Total claim

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Goods Sold

Is the claim subject to offset?

○ No
Yes

**3.4** Nonpriority creditor's name and mailing address
Avaya Financial Services

P.O. Box 550599

Jacksonville FL 32255-0599

Date or dates debt was incurred
11/14/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is: $ _224.76_
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

Total claim
$ _224.76_

---

**3.5** Nonpriority creditor's name and mailing address
BluPax Pharmaceuticals, LLC

160 Raritan Center Parkway, Unit 1

Edison, NJ 08837

Date or debt was incurred
10/07/2022- 11/09/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is: $ _12,338.5_
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Goods Sold

Is the claim subject to offset?

○ No

○ Yes

Total claim
$ _12,338.5_

---

**3.6** Nonpriority creditor's name and mailing address
Cardinal Health at-Home

PO Box 635864

Cincinnati OH 45263-5864

Date or dates debt was incurred
09/29/2022, 09/30/2022, 10/04/2022, 10/19/2022
11/07/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is: $ _1,220.87_
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Goods Sold

Is the claim subject to offset?

○ No

○ Yes

Total claim
$ _1,220.87_

**3.7** Nonpriority creditor's name and mailing address
Change Healthcare

5995 Windward Parkway, MSTP 4901

Alpharetta, GA 30005

Date or dates debt was incurred
09/30/2022, 10/31/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

Total claim
the claim is: $ _619.16_

---

**3.8** Nonpriority creditor's name and mailing address
CityMedRx, LLC

97-17 64th Road

Rego Park, NY 11374

Date or dates debt was incurred
10/17/2022, 10/20/2022, 10/26/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Goods Sold

Is the claim subject to offset?

○ No

○ Yes

Total claim
the claim is: $ _444.97_

---

**3.9** Nonpriority creditor's name and mailing address
ConEdison

PO Box 1702

New York, NY 10116-1702

Date or dates debt was incurred
11/07/2022

Last 4 digits of account number 5006

As of the petition filing date,
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Utility Services

Is the claim subject to offset?

○ No

○ Yes

Total claim
the claim is: $ 2,977.26

---

**3.10** Nonpriority creditor's name and mailing address

As of the petition filing date,

Total claim
the claim is: $ 5,132.20

Dal, Inc.

PO Box 162

Clifton Heights PA 19018-0162

Date or dates debt was incurred
11/16/2022

Last 4 digits of account number _ _ _ _

*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No
Yes

**3.11** Nonpriority creditor's name and mailing address
Design, Inc.

PO Box 2266

Grand Rapids, MI 49501-2266

Date or dates debt was incurred
11/03/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,    the claim is: $ __495.05__
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Goods Sold

Is the claim subject to offset?

○ No

○ Yes

Total claim

**3.12** Nonpriority creditor's name and mailing address
1199 SEIU Benefit and Pension Funds

498 Seventh Ave.

New York, NY 10018

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date,    the claim is: $ 11,524.90
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Union Dues

Is the claim subject to offset?

○ No

○ Yes

Total claim

**3.13** Nonpriority creditor's name and mailing address
ERC Specialists

560 E Timpanogos Circle

As of the petition filing date,    the claim is: $ __22,192.99__
*Check all that apply*

○ Contingent

Total claim

Orem, UT 84097

Date or dates debt was incurred
11/18/2022

Last 4 digits of account number _ _ _ _

○ Unliquidated

○ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

○ No

○ Yes

**3.14** Nonpriority creditor's name and mailing address
Fagron Inc.

201 W. 5th St. Ste. 1250

Austin, TX 78701

Date or dates debt was incurred
01/01/2021- 10/31/2022

Last 4 digits of account number _ _ _ _

Total claim

As of the petition filing date,    the claim is: $ _29.40__
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

○ No

○ Yes

**3.15** Nonpriority creditor's name and mailing address
FedEx

P.O. Box 371461

Pittsburgh PA 15250-7461

Date or dates debt was incurred
11/21/2022

Last 4 digits of account number 2676

Total claim

As of the petition filing date,    the claim is: $ _299.50__
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

○ No

○ Yes

**3.16** Nonpriority creditor's name and mailing address
Masters Drug Company

P.O. Box 840713

Dallas TX 84713

Total claim

As of the petition filing date,    the claim is: $ 18,813.73
*Check all that apply*

○ Contingent

○ Unliquidated

Date or dates debt was incurred
10/26/2022

Last 4 digits of account number _ _ _ _

○ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

○ No

○ Yes

**3.17** Nonpriority creditor's name and mailing address
Orkin

40-27 Crescent ST

Queens, NY 11101-3803

Date or dates debt was incurred
10/25/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,  the claim is: $  148.07
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

○ No

○ Yes

Total claim

**3.18** Nonpriority creditor's name and mailing address
ParMed Pharmaceuticals

PO Box 90272

Chicago, IL 60696-0272

Date or dates debt was incurred
12/14/2020-10/10/2022

Last 4 digits of account number _ _ _ _

As of the petition filing date,  the claim is: $ 5,652.60
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Goods Sold

Is the claim subject to offset?

○ No

○ Yes

Total claim

**3.19** Nonpriority creditor's name and mailing address
TDS Operating, Inc.

5900 Lake Ellenor Dr, Ste 600

Orlano, FL 32809

As of the petition filing date,  the claim is: $ 1,626.83
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Total claim

Date or dates debt was incurred
10/16/2022, 11/01/2022, 11/16/2022

Basis for the claim:
_____

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?

○ No

○ Yes

**3.20** Nonpriority creditor's name and mailing address
Totes Isotoner
P.O. Box 208321
Dallas, TX 75320-8321

Total claim
As of the petition filing date, the claim is: $ 714.60___
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Date or dates debt was incurred
11/10/2022

Basis for the claim:
_____

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?

○ No

○ Yes

**3.21** Nonpriority creditor's name and mailing address
Trachtenberg & Pauker, LLP
100 Crossways Park West
Woodbury, NY 11797

Total claim
As of the petition filing date, the claim is: $ 6,500.00
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Date or dates debt was incurred
0

Basis for the claim:
Professional fees

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?

○ No

○ Yes

**3.22** Nonpriority creditor's name and mailing address
United Healthcare
UHS Premium Building PO BOX 94107
Palatine, IL 60094-4017

Total claim
As of the petition filing date, the claim is: $ __1,812.52_
*Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Date or dates debt was incurred
11/10/2022

Last 4 digits of account number _ _ _ _

Basis for the claim:
_____

Is the claim subject to offset?

O  No

O  Yes

**3.23** Nonpriority creditor's name and mailing address
United Protective Alarm Systems
205 West Houston Street
New York NY 10014

As of the petition filing date, *Check all that apply*

O  Contingent

O  Unliquidated

O  Disputed

Total claim
the claim is: $ __88.83__

Date or dates debt was incurred
11/17/2022

Last 4 digits of account number _ _ _ _

Basis for the claim:
_____

Is the claim subject to offset?

O  No

O  Yes

**3.24** Nonpriority creditor's name and mailing address
White & Wolnerman, PLLC
950 3rd Avenue 11th Floor
New York NY 10022

As of the petition filing date, *Check all that apply*

O  Contingent

O  Unliquidated

O  Disputed

Total claim
the claim is: $ 9,990.00

Date or dates debt was incurred
_____

Last 4 digits of account number _ _ _ _

Basis for the claim:
Legal Fees
_____

Is the claim subject to offset?

O  No

O  Yes

**3.25** Nonpriority creditor's name and mailing address
Ben Roth c/o Jeffery Roth

143 Weyhill Ct

Alpharetta, GA 30009

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, *Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Promissory Note

Is the claim subject to offset?

○ No

○ Yes

Total claim
the claim is: $ 104,000.00

**3.26** Nonpriority creditor's name and mailing address
Rolfe Mahler c/o Karen Mahler

176 E. 77th Street, Apt. 9J

New York, NY 10075

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, *Check all that apply*

○ Contingent

○ Unliquidated

○ Disputed

Basis for the claim:
Promissory Note

Is the claim subject to offset?

○ No
Yes

Total claim
the claim is: $ 164,200.00

Debtor _____BPB Drugs, Inc. d/b/a Gallery Drug_____   Case number (if known)_____
              Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  Add the amounts of priority and nonpriority unsecured claims.

                                                                        **Total of claim amounts**

5a.  **Total claims from Part 1**                          5a.     $ 0.00 _____

5b.  **Total claims from Part 2**                     5b.  **+**   $ 372,907.71 _____

5c.  **Total of Parts 1 and 2**                            5c.     $ 372,907.71 _____
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    BPB Drugs, Inc. d/b/a Gallery Drug

United States Bankruptcy Court for the: Southern    District of    New York
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement | 1199 SEIU<br>498 Seventh Ave.<br>New York, NY 10018<br>Attn: George Gresham |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Property Lease | 770 Reality Associates, LLC<br>c/o BHS Holdings LLC<br>770 Lexington Avenue<br>New York, NY 10065 |
| | State the term remaining | 7 Years | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Asset Sale Agreement | Corby Pharma, Inc.<br>988 First Avenue<br>New York, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Phone System Agreement | Votacall<br>185 Devonshire St #700<br>Boston, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Postage Meter Lease | Pitney Bowes<br>440 9th Ave<br>New York, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___BPB Drugs, Inc. d/b/a Gallery Drug___

United States Bankruptcy Court for the: ___Southern___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 | Neil Subes | 6939 Yellowstone Blvd. <br> Street <br> Forest Hills / NY / 11375 <br> City / State / ZIP Code | JPMorgan Chase | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Johnny Lee | 6911 Shore Rd. <br> Street <br> Brooklyn / NY / 11209 <br> City / State / ZIP Code | JPMorgan Chase | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Neil Subes | 6939 Yellowstone Blvd. <br> Street <br> Forest Hills / NY / 11375 <br> City / State / ZIP Code | 770 Realty Assoc. | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.4 | Johnny Lee | 6911 Shore Rd. <br> Street <br> Brooklyn / NY / 11209 <br> City / State / ZIP Code | 770 Realty Assoc. | ☐ D <br> ☑ E/F <br> ☑ G |
| 2.5 | | Street <br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2">**Fill in this information to identify the case and this filing:**</td></tr>
</table>

| | |
|---|---|
| Debtor Name | BPB Drugs, Inc. d/b/a Gallery Drug |
| United States Bankruptcy Court for the: | Southern District of New York (State) |
| Case number (If known): | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 8 / 2022          **✗** _____
         MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                            JOHNNY D LEE
                                            Printed name

                                            PARTNER
                                            Position or relationship to debtor