**Presentment Date: February 15, 2023, at 12:00 noon**
**Objection Deadline: February 14, 2023, at 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                            Chapter 11

BPB DRUGS, INC. d/b/a GALLERY DRUG,              Case No. 22-11656 (PB)

                                   Debtor.
------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF DEBTOR'S APPLICATION FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF TRACHTENBERG & PAUKER, LLP AS ACCOUNTANTS FOR THE DEBTOR *NUNC PRO TUNC* AS OF THE COMME NCEMENT DATE

**PLEASE TAKE NOTICE** that BPB DRUGS, INC. d/b/a GALLERY DRUG, the above-captioned Chapter 11 Debtor (the "Debtor"), by and through its attorneys, White & Wolnerman, PLLC, will seek entry of an order authorizing the employment and retention of Trachtenberg & Pauker, LLP as accountants to the Debtor, *nunc pro tunc* to the Commencement Date, as more fully described in the annexed Application, by presenting the Proposed Order to the Honorable Philip Bentley, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York 10004, on **February 15, 2023, at 12:00 noon**.

**PLEASE TAKE FURTHER NOTICE** that objections (each, an "Objection"), if any, to the relief requested in the Application must be made in writing, filed in accordance with the Bankruptcy Rules and Local Bankruptcy Rules, and received in the Bankruptcy Judge's chambers and by the undersigned not later than **5:00 p.m. on February 14, 2023**. Unless objections are received by that time, an order granting the relief requested in the Motion may be entered.

Dated: New York, New York
        February 1, 2023

                                   **WHITE & WOLNERMAN, PLLC**

                                   By: /s/ David Y. Wolnerman
                                       David Y. Wolnerman
                                       950 Third Avenue, 11th Floor
                                       New York, New York 10022
                                       *Counsel to the Debtor*