UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                                Chapter 11

BPB DRUGS, INC. d/b/a GALLERY DRUG.,                              Case No. 22-11656 (PB)

                              Debtor.
-------------------------------------------------------------------X

### ORDER PURSUANT TO 11 U.S.C. § 1189(B) EXTENDING THE DEBTOR'S PERIOD TO FILE A LIQUIDATING PLAN

Upon the above-captioned Debtor's motion (the "Motion")[1] for entry of an order extending the Debtor's period to file a liquidating plan pursuant to 11 U.S.C. § 1189(b); and this Court having held a hearing with respect to the relief sought in the Motion (the "Hearing"); and it appearing from the certificate of service filed with the Court that the Debtor has given due and sufficient notice of the Motion; ~~and after hearing the attorneys for the Debtor in support of the Motion;~~ and upon the papers filed in connection with the Motion; and upon the record of the Hearing **held on March 21, 2023**; **and no objections to the relief sought in the Motion having been filed**; and due deliberation having been had and sufficient cause appearing therefor; it is hereby **[PB 3/21/2023]**

**ORDERED**, that the Debtor is granted an extension to file a liquidating plan from March 9, 2023 to **March 20, 2023**; and it is further **[PB 3/21/2023]**

**ORDERED**, that the Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

      **IT IS SO ORDERED.**

Dated:  New York, New York
         March 21, 2023

                                               /s/ Philip Bentley
                                             **Honorable Philip Bentley**
                                             **United States Bankruptcy Judge**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.